IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41490
Conference Calendar
_____

ROBERT MEADOWS,

Plaintiff-Appellant,

versus

W. CLARK; M. MERCHANT, Officer;
DOW, Officer; MAYFIELD, Sergeant;
THOMAS, Major,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-116
- - - - - - - - - -
December 10, 1998

Before DAVIS, DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

Robert Meadows, # 662193, appeals the summary judgment for
the defendants in his civil rights suit filed pursuant to 42
U.S.C. § 1983. Meadows argues that the defendants failed to
protect him from harm at the hands of another inmate.

Meadows claim for damages is not cognizable under § 1983.
Edwards v. Balisok, 117 S. Ct. 1584, 1589 (1997). Accordingly,
the summary judgment for the defendants is AFFIRMED for the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

reasons set forth by the district court.  <u>Meadows v. Clark</u>, No. G-95-CV-116 (S.D. Tex. Nov. 25, 1997).

Because Meadow's appeal lacks arguable merit, it is DISMISSED as frivolous.  <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.